UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY VAN BARRS,<br><br>           Petitioner,<br>   vs.<br>TERRI GONZALEZ, Warden,<br><br>           Respondent. | ) Case No. CV 11-1353 SVW (MRW)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE<br>) |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: September 11, 2012

                                           HON. STEPHEN V. WILSON<br>                                           UNITED STATES DISTRICT JUDGE