1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY VAN BARRS, | ) | Case No. CV 11-1353 SVW (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| TERRI GONZALEZ, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: September 11, 2012

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE